# United States District Court
# For The Western District of North Carolina
# Statesville Division

LISA A. LINEBERRY,

    Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:08CV58

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2009, Order.

                                      Signed: June 9, 2009

                                      _____
                                      Frank G. Johns, Clerk
                                      United States District Court